IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BEINS, AXELROD, P.C.** | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:19-cv-03794-JEB |
| **ANALYTICS, LLC**, *et al*. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO DISMISS**

Defendant, Citigroup Inc., by its undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Amended Complaint filed in the above-captioned case by Plaintiff, Beins Axelrod, P.C. on February 4, 2020 (Doc. 7) for failure to state a claim for relief.  For reasons set forth in the accompanying Memorandum of Points and Authorities in Support of this Motion to Dismiss, the Motion should be granted with prejudice. A proposed Order is submitted herewith.

Date: March 16, 2020                                              WOMBLE BOND DICKINSON (US) LLP

*/s/ Virginia W. Barnhart*
Virginia W. Barnhart (Bar No. 489161)
Email: Virginia.Barnhart@wbd-us.com
Sarah E. Meyer (Bar No. 1005881)
Email: Sarah.Meyer@wbd-us.com
100 Light Street, 26th Floor
Baltimore, MD 21202
(410) 545-5803 / (410) 545-5807

*Attorneys for Defendant, Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2020, copies of this Motion to Dismiss, and accompanying Statement of Points and Authorities, Exhibits and Proposed Order were filed and served by CM/ECF upon all counsel of record upon the following counsel of record for the Plaintiff:

Justin P. Keating, Esq.
Beins, Axelrod, P.C.
1717 K. St. NW, Suite 1120
Washington, DC 20006

and by first-class mail, postage prepaid to:

Analytics, LLC
18675 Lake Drive East
Chanhassen, MN 55317

The Hartford
3600 Weisman Blvd.
San Antonio, TX 78251

McTigue Law LLP
4530 Wisconsin Ave., N.W., Suite 300
Washington, DC 20016

/s/ Virginia W. Barnhart
Virginia W. Barnhart (Bar No. 489161)