## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEINS, AXELROD, PC,** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 19-3794 (JEB)** |
| **ANALYTICS, LLC,** *et al.*, | |
| **Defendants.** | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant Citigroup Inc.'s Motion to Dismiss is GRANTED; and

2. Count I against Defendant Citigroup Inc. is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  April 23, 2020