**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BEINS, AXELROD, P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19cv3794-JEB |
| | ) | |
| ANALYTICS, LLC, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

As ordered by the Court on April 24, 2020, Plaintiff files this Status Report.

Plaintiff believes that the remaining claims arguably do not fall within the subject matter jurisdiction of the Court. Therefore, Plaintiff believes it would be proper for the Court to dismiss the still pending claims without prejudice to Plaintiff's right to pursue them in D.C. Superior Court.

Respectfully submitted,

_____/s/_____
Justin P. Keating (DC Bar #475602)
Beins, Axelrod, P.C.
1717 K St. NW
Suite 1120
Washington DC 20006
jkeating@beinsaxelrod.com
O- 202.328.7222
F- 202.328.7030

**COUNSEL FOR PLAINTIFF**